IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANITA RENEE BURTON,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 16-2778 |
| **NANCY A. BERRYHILL**[1], | : | |
| **Acting Commissioner of** | : | |
| **Social Security,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this __12th__ day of February, 2018, upon consideration of Plaintiff's request for review and Defendant's response, IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski 
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted as the defendant in this case.